NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-3081-15T2

CITIZENS UNITED RECIPROCAL
EXCHANGE,

 Plaintiff-Appellant,

v.

CENTER FOR ADVANCED PAIN
MANAGEMENT, a/s/o MARTHA
ALARCON,

 Defendant-Respondent.
___________________________

 Submitted September 14, 2017 – Decided September 20, 2017

 Before Judges Simonelli, Haas and Rothstadt.

 On appeal from the Superior Court of New
 Jersey, Law Division, Middlesex County, Docket
 No. L-4560-15.

 Eric S. Poe, attorney for appellant.

 Massood Law Group, LLC, attorneys for
 respondent (Joseph Massood, of counsel and on
 the brief).

PER CURIAM

 We have been advised prior to argument that this matter has

been amicably adjusted and the parties have stipulated to the
dismissal of this appeal. Accordingly, the appeal is dismissed

with prejudice and without costs.

 2 A-3081-15T2